IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAWRENCE L. BLANKENSHIP,
    Plaintiff,

v.                                                        Case No. 3:11cv172/MCR/EMT

JUDGE MICHAEL G. ALLEN,
    Defendant.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 23, 2011 (Doc. 8).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This cause is dismissed because this court lacks jurisdiction to conduct appellate review of orders entered in the state court proceedings.

    **DONE AND ORDERED** this 10th day of June, 2011.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**